IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00938-PAB
Criminal Case No. 12-cr-00165-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TRAVIS CRITTON,

    Defendant.

---

## ORDER

After preliminary consideration of the defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 48], it is

**ORDERED** that the United States Attorney on or before May 5, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED April 10, 2014.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge