**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No.  14-cv-00938-PAB
Criminal Case No. 12-cr-00165-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.  TRAVIS CRITTON,

    Defendant-Movant.

---

## FINAL JUDGMENT

---

In accordance with the Orders filed during the pendency of this case, and pursuant to  Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 60]  entered by the Honorable Philip A. Brimmer on May 12, 2015, it is

ORDERED that Mr. Critton's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 48] is DENIED. It is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

Dated at Denver, Colorado this 13th day of May 2015.

                                                  BY THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By:   s/Deborah Hansen
                                                Deborah Hansen, Deputy Clerk